```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
NYK BULKSHIP (ATLANTIC) NV.,         :
                                     :
            Plaintiff,               :
                                     :      09 Civ. 6561 (JSR)
      -v-                            :
                                     :           ORDER
SC DIS TICARET LTD STI,              :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On July 27, 2009, the Court issued an order of process of maritime attachment and garnishment restraining defendants' property in accordance with Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. That order, by its terms, was to automatically expire if no assets were attached within 60 days, i.e., by September 25, 2009. Although no assets have been attached in this action, on September 24, 2009 plaintiff's counsel submitted a letter requesting an extension of 60 days. Accordingly, the attachment may be maintained until November 27, 2009. If no assets have been attached by that time, the order for process of maritime attachment shall automatically expire and be vacated. No further extensions will be granted.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         September 28, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09
```